IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Respondent, | ) | Case Nos.   CV-05-295-S-BLW |
| | ) | CR-02-36-S-BLW |
| v. | ) | |
| | ) | **JUDGMENT** |
| JONATHAN F. DILLARD, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |
| | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 11) filed by JONATHAN F. DILLARD is DENIED and Case No. CV-05-295-S-BLW is DISMISSED with prejudice.

DATED:  **April 13, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**